



FILED

2018 MAY 16  AM 11: 16

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: '18 MJ8751 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1325 |
| Valentin GUTIERREZ-Vargas, | Attempted Illegal Entry (Misdemeanor) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 15, 2018, within the Southern District of California, defendant, Valentin GUTIERREZ-Vargas, an alien, did knowingly and willfully attempt to enter the United States at a place other than as designated by immigration officers and elude examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Jeffrey L. Binuya, CBP Chief
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY 2018.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Valentin GUTIERREZ-Vargas

STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Customs and Border Protection Officer-Enforcement (CBPO-E) Margarita Carter that defendant, Valentin GUTIERREZ-Vargas (GUTIERREZ), attempted to enter the United States at the Calexico, California West Port of Entry on May 15, 2018.

On May 15, 2018, at approximately 5:17 a.m., GUTIERREZ attempted to elude inspection at the Calexico West Port of Entry by concealing himself inside a railroad car of the train for admission into the United States from Mexico. Upon an inspection of the train, United States Customs and Border Protection Officer (CBPO) Murillo reviewed the X-ray imagery and observed an anomaly in rail hopper car # BLHX450216. CBPO Murillo immediately stopped the train and advised CBP Officer McBee. CBPO McBee and CBPO Murillo inspected and discovered one individual, attempting to hide within the rail hopper car as it made entry into the United States. CBP Officer Murillo suspected GUTIERREZ was not a United States citizen. At that time, GUTIERREZ was apprehended and escorted to the secondary office for further inspection.

During the secondary inspection, GUTIERREZ fingerprints were queried through the Integrated Automated Fingerprint Identification System (IAFIS) with results revealing previous immigration violations. Record checks confirmed GUTIERREZ is an alien, native, and citizen of Mexico, with no legal document to enter into or be in the United States.

3

1 | Record checks revealed that GUTIERREZ was most recently removed from the
2 | United States on January 19, 2017. There is no evidence showing GUTIERREZ has
3 | applied for and sought or received permission from the United States Attorney General or
4 |
5 | the Secretary of the Department of Homeland Security to enter the United States.